IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI),
Civil Action No. MDL 875

EPDA Civil Action No. 07-CV-63839

This Document Relates To:

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| BARBARA ANNE ANDERSON, | : |
| *Plaintiff,* | : |
| vs. | : Civil Action No. 3:07-CV-00068-HEH |
| ALFA LAVAL, INC, et al. | : |
| *Defendants.* | : |

**DEFENDANT GEORGIA-PACIFIC LLC'S (f/k/a GEORGIA-PACIFIC CORPORATION) MOTION FOR SUMMARY JUDGMENT**

COMES NOW Defendant Georgia-Pacific LLC, f/k/a Georgia-Pacific Corporation ("Georgia-Pacific"), by counsel, pursuant to the scheduling order entered herein and Rule 56 of the Federal Rules of Civil Procedure and moves this Court for entry of summary judgment in its favor. In support of this Motion, Georgia Pacific refers to and incorporates herein the Motion for Summary Judgment and Brief in Support of Motion for Summary Judgment filed on behalf of Defendants, Bondex International, Inc., RPM, Inc. and RPM, International, Inc. in the above styled matter.

Georgia-Pacific further adopts the Brief in Support of Union Carbide Corporation's Motion for Summary Judgment to the extent it applies to this Defendant's products.

Respectfully submitted,

GEORGIA-PACIFIC LLC
(f/k/a Georgia-Pacific Corporation)

By Counsel

_____/s/_____
Jeffrey S. Poretz, Esquire
Virginia State Bar No. 38529
*Counsel for Georgia-Pacific, LLC*
Miles & Stockbridge P.C.
1751 Pinnacle Drive, Suite 500
McLean, Virginia 22102
Telephone: (703) 903-9000
Facsimile: (703) 610-8686
Email: jporetz@milesstockbridge.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2009, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Charles S. Siegel, Esquire
Waters & Kraus, LLP
315 North Charles Street
Baltimore, MD 21201
**Counsel for Plaintiff**

James Kennedy, Esquire
Pierce, Hems, Sloan & McLeod
Post Office Box 22437
Charleston, South Carolina 29413
**Counsel for Union Carbide Corporation**

Timothy S. Brunick, Esquire
Kira A. Ligato, Esquire
Clark, Dolph, Rapaport, Hardy & Hull, PLC
6160 Kempsville Circle, Suite 101A
P.O. Box 13109
Norfolk, VA 23505-3109
***Counsel for Bondex International, Inc.,
RPM International, Inc., and RPM, Inc.***

And I hereby certify that I will mail the document by U.S. mail to the following non-filing users:

B. Scott Kruka, Esquire
Peter A. Kraus, Esquire
Waters & Kraus LLP
3219 McKinney Avenue
Dallas, Texas 75204

/s/<br>
Jeffrey S. Poretz