IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI),
Civil Action No. MDL 875

EPDA Civil Action No. 07-CV-63839

This Document Relates To:

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

BARBARA ANNE ANDERSON,

    *Plaintiff,*

vs.

ALFA LAVAL, INC, et al.

    *Defendants.*

: Civil Action No. 3:07-CV-00068-HEH

### DEFENDANT GEORGIA-PACIFIC LLC'S (f/k/a GEORGIA-PACIFIC CORPORATION) OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND

COMES NOW Defendant Georgia-Pacific LLC, f/k/a Georgia-Pacific Corporation ("Georgia-Pacific"), by counsel, submits the following Opposition to Plaintiff's Motion for Leave to Amend:

1.    Defendant Georgia-Pacific LLC objects to the Plaintiff's Motion for Leave to File Amended Pleading because an amendment to the Complaint would be futile. *Oran v. Stafford*, 226 F.3d 275, 291 (3rd Cir. 2000). The proposed Amended Complaint does not arise out of the same conduct, transaction or occurrence set out in the original Complaint.

2. Defendant Georgia-Pacific hereby adopts and incorporates the Opposition to Plaintiff's Motion for Leave to Amend filed by Bondex International, Inc., RPM, Inc. and RPM International, Inc.'s Opposition to Plaintiff's Motion for Leave to Amend to the extent set forth in Section II (Futility Section) of their brief.

3. Plaintiff correctly states in her Memorandum of Law that Georgia-Pacific "has agreed not to object to Plaintiff filing an amended pleading to eliminate the federal enclave disclaimer from the original state court complaint." Pl's Mem. at 3-4. Defendant Georgia-Pacific's objection is based upon the premise that the Amended Complaint is futile.[1]

WHEREFORE, Defendant Georgia-Pacific, LLC respectfully requests that this Court deny Plaintiff's Motion for Leave to File Amended Pleading on the grounds that the Amended Complaint would be futile.

Respectfully submitted,

GEORGIA-PACIFIC LLC
(f/k/a Georgia-Pacific Corporation)

By Counsel

/s/
Jeffrey S. Poretz, Esquire
Virginia State Bar No. 38529
*Counsel for Georgia-Pacific, LLC*
Miles & Stockbridge P.C.
1751 Pinnacle Drive, Suite 500
McLean, Virginia 22102
Telephone: (703) 903-9000
Facsimile: (703) 610-8686
Email: jporetz@milesstockbridge.com

---

[1] Defendant Georgia-Pacific agreed not to object to an Amended Complaint eliminating the disclaimer language on March 26, 2007. *See* Pl's Mem., Exh. 1. Plaintiff filed the Motion for Leave to File Amended Pleading over two (2) years later on June 10, 2009.

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 24, 2009, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Charles S. Siegel, Esquire
Waters & Kraus, LLP
315 North Charles Street
Baltimore, MD 21201
*Counsel for Plaintiff*

James Kennedy, Esquire
Pierce, Hems, Sloan & McLeod
Post Office Box 22437
Charleston, South Carolina 29413
*Counsel for Union Carbide Corporation*

Timothy S. Brunick, Esquire
Kira A. Ligato, Esquire
Clark, Dolph, Rapaport, Hardy & Hull, PLC
6160 Kempsville Circle, Suite 101A
P.O. Box 13109
Norfolk, VA 23505-3109
*Counsel for Bondex International, Inc.,*
*RPM International, Inc., and RPM, Inc.*

And I hereby certify that I will mail the document by U.S. mail to the following non-filing users:

B. Scott Kruka, Esquire
Peter A. Kraus, Esquire
Waters & Kraus LLP
3219 McKinney Avenue
Dallas, Texas 75204

                                                          /s/
                                        Jeffrey S. Poretz