UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNYSLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS | § | |
| LIABILITY LITIGATION (NO. VI) | § | Civil Action No. MDL 875 |

This Document Relates To: 07-CV-63839

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| Barbara Anne Anderson, | § | |
| Plaintiff, | § | |
| v. | § | 3:07-CV-00068-HEH |
| | § | |
| ALFA LAVAL, INC., et al. | § | |
| Defendants. | § | |

VIRGINIA: IN THE CIRCUIT COURT FOR THE CITY OF RICHMOND

| | | |
|---|---|---|
| Barbara Anne Anderson, | § | |
| Plaintiff, | § | |
| v. | § | CL06-006790-00 |
| | § | |
| ALFA LAVAL, INC., et al. | § | |
| Defendants. | § | |

**UNION CARBIDE CORPORATION'S NOTICE OF ADOPTION**

**NOW COMES** Defendant, Union Carbide Corporation, by counsel, and hereby adopts Bondex International, Inc., RPM, Inc. and RPM International, Inc.'s Memorandum in Opposition to Plaintiff's Motion for Leave to Amend to the extent that such adoptions are not inconsistent with its stated defenses or with agreements reached with other parties in this case.

.

        Respectfully submitted,

        **PIERCE, HERNS, SLOAN & McLEOD, LLC**
        The Blake House
        321 East Bay Street
        P.O. Box 22437 (29413)
        Charleston, South Carolina (29401)
        PH: (843) 722-7733
        FAX: (843) 722-7732


BY: <u>s/ James G. Kennedy</u>
     James G. Kennedy
     FED ID# 5145

<u>June 25, 2009</u>        Counsel for Defendant Union Carbide Corporation
Charleston, South Carolina

2