VIRGINIA: IN THE CIRCUIT COURT FOR THE CITY OF RICHMOND

BARBARA ANNE ANDERSON, )
)
       *Plaintiff,* )
) CAUSE NO. 760CL06006790-00
vs. )
)
ALFA LAVAL, INC. et al. )
)
       *Defendants.* )

**PLAINTIFF'S RESPONSE TO GENERAL ELECTRIC COMPANY'S
FIRST INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS**

Pursuant to Rules 4:8 and 4:9 of the Rules of The Supreme Court of Virginia, Plaintiff, Barbara Anne Anderson, by and through her counsel, responds to the following Interrogatories and Requests for Production of Documents as follows:

### GENERAL OBJECTIONS

1. Plaintiff objects to this discovery request to the extent it is vague, overly broad, unduly burdensome, seeks discovery of matters, things, or information not relevant or material to the subject matter in the pending action and not reasonably calculated to lead to the discovery of admissible evidence.

2. Plaintiff objects to this discovery request to the extent it seeks discovery of information protected from disclosure by the work-product rule, as well as discovery of confidential communications made for the purpose of facilitating the rendition of professional legal services, all of which are protected from discovery by the attorney-client privilege under to the Rules of the Supreme Court of Virginia.

3. Plaintiff objects to this discovery request insofar as it seeks information equally accessible to both Plaintiff and Defendants.

EXHIBIT /

        Clarence Thomas Arehart
        Married in 1959
        Divorced in 1977

c.     Plaintiff reserves the right to supplement her Answer to this request at a later date and in response provides the following.

        Andrew Todd Arehart, son from first marriage
        109 A. North Thalia Road
        Virginia Beach, Virginia 23452
        DOB: February 27, 1960

        Kym Alexander Arehart, daughter from first marriage
        1169 Tree Fern Drive
        Virginia Beach, Virginia 23451
        DOB: May 19, 1961

d.     Plaintiff reserves the right to Answer this request at a later date.

**INTERROGATORY NO. 3**: Have you ever been a member of the armed forces of the United States? If so, state the following:

    a.     serial number;

    b.     branch of service;

    c.     date of service, including date(s) and type(s) of discharge(s);

    d.     whether you received any injury during your service career whether you claimed disability for any illness, injury or other physical condition arising out of your military service, and if so, the details thereof including the date on which the claim was made, the nature of the claim, the treatment received for such illness or injury, the claimed disability and the disability rating, if any, which was given, and compensation received for such;

    f.     whether you worked with or around any asbestos-containing products during your service career and the date(s) and location(s) of such work.

**ANSWER**:
    Plaintiff was never a member of the armed forces of the United States.

**INTERROGATORY NO. 4**: Describe in detail your employment history. Please include for each employer:

4

a. Name and address of each employer;
b. The dates of each such employment;
c. Each job function (e.g., pipecoverer, pipefitter, painter, etc.) and each job title (e.g., mechanic, foreman, supervisor, etc.) the you held while working thereon and describe, in full detail, for each such job function and title your duties and responsibilities with respect thereto, and the period of time at each;

d. The wage rate, hours worked, and average weekly earnings regarding each employment;

e. Identify the reason each employment was terminated;

f. Identify, for each employment, whether you were exposed to asbestos;

g. The type and identity of each asbestos-containing product or material which you used, worked around and/or were otherwise exposed to, including the trade name of each such product; the manufacturer of each such product; the distributor and/or supplier of each product; a detailed description of each such product (including the trade name, general name, product type, product content, color or description, and form); a detailed description of the containers or other packaging in which such product was packaged; the purposes for which you used each such product; the dates on which you came in contact with each such product; and as to each such product identified herein, whether you (i) worked directly with it on new installation, (ii) worked directly with it on rip-out or removal or (iii) worked around or were otherwise exposed to it.

h. Whether you missed any time from work as a result of the injuries made the basis of this suit and, if so, the amount of lost time and/or lost earnings, if any;

i. Identify your immediate supervisors and coworkers in each employment. With respect to these supervisors and coworkers, indicate which are personally acquainted with you and which of them can identify, by brand name, manufacturer, or both, asbestos-containing products that you personally worked with or that were used around you. Further, with respect to each such supervisor or co-worker, name the products and the manufacturers of the products so identified and the dates and locations where these products were so used;

j. Identify all persons of whom you are aware (other than those identified in subsection (i), above), that have personal knowledge that you ever worked with or were exposed to any product manufactured by each defendant named in your Complaint. As to each witness, state the specific product by

    trade name and/or manufacturer that he or she identifies and the place and years that you worked with or were exposed to each product.

  k. The name, address and telephone number of each individual responsible for making any purchase of any asbestos products for use on each such job site and the name and address of the employee(s) and/or department(s) of each employer having custody of any records relating to the purchase of any such products.

**ANSWER:**

  DePaul Hospital
  Granby Street
  Norfolk, Virginia
  X-Ray Technician
  1957-1959

  Owens-Illinois
  Charleston, West Virginia
  Factory Worker – Bottling Plant
  1960-1961

  Headquarters – 5th Naval Dist. USN
  Norfolk, Virginia Naval Base
  Telephone Operator
  1962-1963

  NAS Oceana USN
  Virginia Beach, Virginia – Naval Air Station
  Telephone Operator/Supply Clerk
  1963-1967

  Dam Neck Training
  Virginia Beach, Virginia – Training Center USN
  Accounts Maintenance Clerk
  1967-1970

  Public Health Hospital
  Hampton Boulevard
  Norfolk, Virginia
  Voucher Examiner
  1970-1974

  Naval Air Station USN
  Norfolk, Virginia
  Accounting Tech
  1974-1975

      Human Resource Management Center - USN
      Financial Office
      Tidewater Drive
      Norfolk, Virginia
      Budget & Accounting Analyst
      1975-1976

      CINC – Atlantic USN
      Account Branch
      Norfolk, Virginia
      Accounting Tech
      1976

      Naval Station USN
      Staff - Civil Engineer Department
      Norfolk, Virginia
      Supervisory Budget Analyst
      1976-1978

      Atlantic Fleet Headquarters Support
      Financial Office
      Norfolk, Virginia
      Budget & Accounting Analyst
      1978-1980

      Civil Service
      Washington, DC
      Accounting/Budget Analyst
      1980-1985

      Captains Quarters Resort Hotel
      Virginia Beach, Virginia
      General Manager
      1985-2000

Plaintiff reserves the right to supplement her Answer to this request at a later date.

**INTERROGATORY NO. 5**: With respect to each asbestos-containing product and place of employment identified in response to Interrogatory No. 4, above, please provide the following:

      a.      A detailed description of your work methods and procedures with respect to the asbestos products and/or materials you used, including but not limited to, the

**RESPONSE:**

Plaintiff is in the process of executing the requested Releases and Authorizations and will provide them to Defendant at her earliest convenience.

Respectfully submitted,

_Mary H. Keyes/by permission/EMS_
Peter A. Kraus, Esquire
VA Bar No. 25547
Mary H. Keyes, Esquire
Waters & Kraus
3219 McKinney Ave., Ste. 3000
Dallas, Texas 75204
214-357-6244
214-357-7252 (Fax)

Counsel for Plaintiffs

**CERTIFICATE OF SERVICE**

I certify that on the 11th day of December 2006, a true and correct copy of the foregoing document was served by Plaintiff on all anticipated counsel of record.

_Mary H. Keyes/by permission/EMS_
Mary H. Keyes