IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS<br>LIABILITY LITIGATION (No. VI) | :<br>:<br>_____X | |
| This Document Relates To | : <br>: | |
| BARBARA ANNE ANDERSON | :<br>: | CIVIL ACTION NO. MDL 875 |
| Plaintiff,<br>v. | :<br>:<br>: | EDPA CIVIL ACTION NO. 07-cv-63839 |
| ALFA LAVAL, INC., et al. | :<br>: | |
| Defendants. | :<br>: | |
| (E.D. Va. # 3:07-cv-00068) | : | |

## ORDER

**AND NOW**, this      10th      day of July, 2009, upon consideration of the motions *in limine* "Based Upon the Virginia Statute of Repose" filed by Defendants Bondex International, Inc., RPM Inc. and RPM International (Docs. 25-26) and Georgia-Pacific Corporation (Doc. 28), on May 21, 2009, both adopted on that same date by Defendant Union Carbide Corporation (Doc. 21) as its own (collectively, the "Motions"), and Plaintiff Barbara Anne Anderson's timely response filed on June 10, 2009 (Doc. 32), and following upon oral argument heard on June 16, 2009, **IT IS HEREBY ORDERED THAT** the Motions are **DENIED**.

BY THE COURT:

 /s/ David R. Strawbridge
DAVID R. STRAWBRIDGE
UNITED STATES MAGISTRATE JUDGE