IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS            :
LIABILITY LITIGATION (No. VI)       :
_____ X
This Document Relates To            :
                                    :
BARBARA ANNE ANDERSON               :
                                    :       CIVIL ACTION NO. MDL 875
                   Plaintiff,       :
        v.                          :       EDPA CIVIL ACTION NO. 07-cv-63839
                                    :
ALFA LAVAL, INC., et al.            :
                                    :
                   Defendants.      :
                                    :
(E.D. Va. # 3:07-cv-00068)          :

## ORDER

**AND NOW**, this    5th    day of August, 2009, upon consideration of the "Motion for
Leave to File Amended Pleading" filed by Plaintiff Barbara Anne Anderson on June 10, 2009 (Doc.
33), the timely responses filed by Defendants Bondex International, Inc., RPM Inc. and RPM
International ("Bondex") (Doc. 41) and by Georgia-Pacific Corporation (Doc. 42), both filed on June
24, 2009, the "Notice of Adoption" of Bondex's response filed by Defendant Union Carbide
Corporation on June 25, 2009 (Doc. 44) (collectively, "Defendants"), and Plaintiff's reply filed on
July 6, 2009 (Doc. 46), and following upon oral argument heard upon the motion on July 16, 2009,
**IT IS HEREBY ORDERED THAT** the motion is **DENIED**.

BY THE COURT:


 /s/ David R. Strawbridge_____
DAVID R. STRAWBRIDGE
UNITED STATES MAGISTRATE JUDGE