UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNYSLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS | § | |
| LIABILITY LITIGATION (NO. VI) | § | Civil Action No. MDL 875 |

This Document Relates To: 07-CV-63839

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| Barbara Anne Anderson, | § | |
| Plaintiff, | § | |
| v. | § | 3:07-CV-00068-HEH |
| | § | |
| ALFA LAVAL, INC., et al. | § | |
| Defendants. | § | |

VIRGINIA: IN THE CIRCUIT COURT FOR THE CITY OF RICHMOND

| | | |
|---|---|---|
| Barbara Anne Anderson, | § | |
| Plaintiff, | § | |
| v. | § | CL06-006790-00 |
| | § | |
| ALFA LAVAL, INC., et al. | § | |
| Defendants. | § | |

## UNION CARBIDE CORPORATION'S NOTICE OF ADOPTION

**NOW COMES** Defendant, Union Carbide Corporation, by counsel, and hereby adopts Georgia-Pacific LLC, f/k/a Georgia-Pacific Corporation, Bondex International, Inc., RPM, Inc. and RPM International, Inc.'s Motion for Leave to File a Reply Memorandum and proposed Order to the extent that such adoptions are not inconsistent with its stated defenses or with agreements reached with other parties in this case.

.

Respectfully submitted,

**PIERCE, HERNS, SLOAN & McLEOD, LLC**
The Blake House
321 East Bay Street
P.O. Box 22437 (29413)
Charleston, South Carolina (29401)
PH: (843) 722-7733
FAX: (843) 722-7732


BY: s/ James G. Kennedy
      James G. Kennedy
      FED ID# 5145

April 5, 2010           Counsel for Defendant Union Carbide Corporation
Charleston, South Carolina