IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BARBARA ANNE ANDERSON, | § § | Consolidated Under |
| Plaintiff, | § § | MDL DOCKET NO. 875 |
| v. | § § | Civil Action |
| ALFA LAVAL, INC., ET AL. | § § § | No. 2:07-cv-63839-ER |
| Defendants. | § | |

## NOTICE OF APPEAL

Notice is hereby given that Barbara Anne Anderson, plaintiff in the above named case, appeals to the United States Court of Appeals for the Third Circuit from the order entered by Judge Eduardo C. Robreno in this action on April 6, 2010, granting summary judgment to defendants Bondex International, Inc., RPM, Inc., RPM International, Inc., Georgia-Pacific LLC f/k/a Georgia-Pacific Corporation, and Union Carbide Corporation.

DATED: May 4, 2010

_____
Charles S. Siegel, Esquire
Texas State Bar No. 18341875
Melanie Garner
MD Fed. Bar No.: 28120
**WATERS & KRAUS, LLP**
3219 McKinney Avenue
Dallas, Texas 75204
214-357-6244
214-357-7252 (fax)
E-Mail: siegel@waterskraus.com
E-Mail: mgarner@waterskraus.com
*Counsel for Plaintiff-Appellant*

Timothy S. Brunick, Esquire
Clark, Dolph, Rapaport, Hardy & Hull, PLC
61650 Kempsville Circle, Suite 101A
P. O. Box 13109
Norfolk, Virginia 23505-3109
757-466-0464
757-466-0834 (Fax)
E-Mail: tbrunick@clarkedolph.com
*Counsel for Defendant-Appellee*
*Bondex International, Inc.*
*RPM, Inc. and RPM International, Inc.*

Jeffrey S. Poretz, Esquire
Miles & Stockbridge, P.C.
1751 Pinnacle Drive, Suite 500
McLean, Virginia 22102
703-903-9000
703-610-8686 (Fax)
E-Mail: jporetz@milesstockbridge.com
*Counsel for Defendant-Appellee*
*Georgia-Pacific Corporation*

James Kennedy, Esquire
Pierce, Hems, Sloan & McLeod
The Blake House, 321 East Bay Street
P. O. Box 22437 (29413)
Charleston, South Carolina 29401
843-722-7733
843-722-7732 (Fax)
E-Mail: jameskennedy@phsm.net
*Counsel for Defendant-Appellee*
*Union Carbide Corporation*

## CERTIFICATE OF SERVICE

I certify that on the 3rd 4th day of May 2010, a true and correct of the foregoing document was filed and served via CM/ECF system on all counsel of record.

_____
Charles S. Siegel